STATE OF NEW JERSEY v. VINCENT LYTLE.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ISAAC BRILEY.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JUSTUS JOHNSON, JR.

June 16, 1982.

Petition for certification denied.

ROBERT HANLEY v. BOARD OF TRUSTEES OF THE POLICE & FIREMEN'S RETIREMENT SYSTEM.

June 16, 1982.

Petition for certification denied.